COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-07-297-CV

 

IN RE DARCY LEAL NICHOLS
AND DONNA NICHOLS                  RELATORS

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relators=
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relators=
petition for writ of mandamus is denied.

Relators
shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

 

 

PANEL 
A:  CAYCE, C.J.; DAUPHINOT and
WALKER, JJ. 

 

WALKER, J. would request a response.

 

DELIVERED: 
August 30, 2007

 

 











    [1]See
Tex. R. App. P. 47.4.